Doyne A. **RHOADES**, Appellant,

v.

**STATE of Missouri**, Respondent.

No. WD 72701.

Missouri Court of Appeals, Western District.

July 12, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 30, 2011.

Mark A. Grothoff, Columbia, MO, for appellant.

Shaun J. Mackelprang and Evan J. Buchheim, Jefferson City, MO, for respondent.

Before Division Two: THOMAS H. NEWTON, Presiding Judge, CYNTHIA L. MARTIN, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Doyne Rhoades appeals the circuit court's judgment denying his motion for post-conviction relief. After a jury trial, Rhoades was convicted in Randolph County Circuit Court of one count of murder in the first degree, Section 565.020 (RSMo

2000) and one count of armed criminal action, 571.015 (RSMo 2000).

Because the findings and the conclusions of the motion court, which denied Rhoades's post-conviction relief motion, are not clearly erroneous, we affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.